### VEHICLE INTERFACE TECHNOLOGIES LLC, Plaintiff-Appellant

v.

### JAGUAR LAND ROVER NORTH AMERICA LLC, Defendant-Appellee

2016-2537
2016-2538

United States Court of Appeals, Federal Circuit.

June 13, 2017

ROBERT E. FREITAS, Freitas Angell & Weinberg LLP, Redwood City, CA, argued for plaintiff-appellant. Also represented by DANIEL J. WEINBERG, JOSHUA YOUNG.

GABRIEL BELL, Latham & Watkins LLP, Washington, DC, argued for defendant-appellee. Also represented by MATTHEW J. MOORE, JAMES BENDER; CLEMENT J. NAPLES, New York, NY; LISA K. NGUYEN, Menlo Park, CA.

(Prost, Chief Judge, Taranto and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**